IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30613
Conference Calendar

_____


PABLO ELOY GARCIA,

Plaintiff-Appellant,


versus

KEN FONTENOT,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-49
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Pablo Eloy Garcia, INS detainee #A-24-781-361, appeals from the dismissal of his civil rights complaint as frivolous, in which he alleged that the defendant humiliated and threatened him.  We have reviewed the record and Garcia's brief and find no reversible error in the reasoning adopted by the district court. Garcia v. Fontenot, No. 96-CV-49  (W.D. La. June 3, 1996).

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Further, we find that Garcia's appeal is frivolous, and accordingly, we DISMISS it pursuant to 5th Cir. R. 42.2.

We caution Garcia that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Garcia is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.